**IPP International U.G. Declaration Exhibit A**
**File Hashes for IP Address 96.242.162.9**

**ISP:** Verizon Internet Services
**Physical Location:** Morristown, NJ

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 08/15/2017 10:20:45 | D0DB2F51F34377746B69D85A8ABB4B19405640A5 | Fit For A Fuck |
| 07/29/2017 13:30:45 | 673AA4B478E333C74CF467AD24467FFB206B7019 | Emerald Love |
| 07/02/2017 18:20:37 | 5BF326FBAAF87F3E750F080DCE085011E562EBBE | Forbidden Fruit |
| 07/02/2017 18:18:23 | 1D7F77503ECAEB0394329781D7BFC3F76D16326D | Caprice Swaps Cocks |
| 06/30/2017 17:29:53 | 71D362F0AE6CE4E6E19C62D7824019BE1F25443A | Black Lace and Blonde Hair in My Bed |
| 06/04/2017 16:13:41 | B4140ED7691E78D2599C56E5C8694E344F7AC27F | An Afternoon Inside Kim |
| 03/15/2017 01:29:01 | D06640359A90FFE2C14D0851AE52898FDD4C52D8 | Play Me |
| 03/04/2017 13:50:06 | E3B203419FB0600C8FEDA0E9A4EECBB9E77576D8 | Want To Fuck My Wife |
| 03/04/2017 13:44:32 | CB7FAA1587676879B1D1984E215A729610CDE6D4 | Tight Pink and Gold |
| 03/04/2017 13:44:22 | 3F4A5DBF141AC8226C9FFA51A3E357A71593FAFC | A Rose A Kiss and A Bang |
| 02/05/2017 14:08:51 | A4B7695E46A9FDCD37505160B8624D8B74BBF384 | Cum For A Ride |
| 01/11/2017 01:49:31 | A952933DC3E61D1B14DD7F439A8E35FF2C6DC5F4 | New Year Bang |
| 12/26/2016 15:29:29 | 5E3D3EC3BE5E0D94D4CFE4ACEF87D6CAAD7DA81B | Valentines Day on Christmas |

**Total Statutory Claims Against Defendant: 13**

EXHIBIT A

CNJ655