**Copyrights-In-Suit for IP Address 96.242.162.9**

**ISP:** Verizon Internet Services
**Location:** Morristown, NJ

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Fit For A Fuck | PENDING | 08/12/2017 | 08/30/2017 | 08/15/2017 |
| Emerald Love | PENDING | 07/22/2017 | 08/30/2017 | 07/29/2017 |
| Forbidden Fruit | PA0002036143 | 10/15/2016 | 12/04/2016 | 07/02/2017 |
| Caprice Swaps Cocks | PA0002036760 | 09/17/2016 | 12/04/2016 | 07/02/2017 |
| Black Lace and Blonde Hair in My Bed | PA0002050597 | 06/23/2017 | 08/29/2017 | 06/30/2017 |
| An Afternoon Inside Kim | PA0002050594 | 06/01/2017 | 08/29/2017 | 06/04/2017 |
| Play Me | PA0001847659 | 06/14/2013 | 06/30/2013 | 03/15/2017 |
| Want To Fuck My Wife | PA0002042072 | 02/10/2017 | 03/25/2017 | 03/04/2017 |
| Tight Pink and Gold | PA0002042094 | 02/25/2017 | 03/25/2017 | 03/04/2017 |
| A Rose A Kiss and A Bang | PA0002042063 | 01/28/2017 | 03/25/2017 | 03/04/2017 |
| Cum For A Ride | PA0002036145 | 10/21/2016 | 12/04/2016 | 02/05/2017 |
| New Year Bang | PA0002042052 | 01/07/2017 | 03/25/2017 | 01/11/2017 |
| Valentines Day on Christmas | PA0002042087 | 12/23/2016 | 03/24/2017 | 12/26/2016 |

**Total Malibu Media, LLC Copyrights Infringed: 13**

EXHIBIT B

CNJ655